CHARLIE MAYSE v. STATE.

No. A-3050. Opinion Filed May 19, 1919.

(179 Pac. 624.)

Appeal from County Court, Nowata County; F. E. Calvert, Judge.

Charlie Mayse was convicted of the crime of unlawfully transporting intoxicating liquor, and sentenced to serve a term of 30 days in the county jail and to pay a fine of $100, and he appeals. Affirmed.

PER CURIAM. No brief has been filed in behalf of the plaintiff in error, and the cause was submitted on a motion of the Attorney General to affirm the judgment for failure to prosecute.

We have examined the record, and find that there is evidence sufficient to support the judgment, and there being no apparent error warranting a reversal, the judgment is therefore affirmed.